

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-14-00250-CV**

**IN RE DANIEL HARVEY DYCUS**

_____

**Original Proceeding**

_____

**ORDER**

_____

The Court has considered the petition for writ of habeas corpus filed by Daniel

Harvey Dycus, Relator.  The Court requests a response from the real party in interest to

be filed with this Court no later than 11:00 a.m. on Friday, August 22, 2014.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Response requested
Order issued and filed August 20, 2014